■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN M. EVERETT, Appellant. [698 NYS2d 542] —Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered December 3, 1997.

Ordered that the judgment is affirmed (*see, People v Kazepis,* 101 AD2d 816). S. Miller, J. P., Thompson, Krausman, Florio and Schmidt, JJ., concur.